UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Tanika S. Lambert

Case No.: 25-01187-SLM

Chapter: 13

Hearing Date: 7/1/2025

Judge: Meisel

### CERTIFICATION OF SERVICE

1. I, Chris Bigelow:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On __5/5/2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: __complaint, summons, and pre-trial order__.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 5/5/2025                                                              /s/ Chris Bigelow

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
|  | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>U.S. Department of Education<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>United States Attorney General<br>Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044<br><br>United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, New Jersey 07102 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.