|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:     22-19719-SLM<br>Chapter:       7 |
| In Re:<br>Tanika Sheree Lambert<br>            Debtor | AP No.:       25-01187-SLM<br><br>Judge:          Meisel<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| Tanika Sheree Lambert<br>            Plaintiff<br>     v.<br><br>United States Department of Education<br>            Defendant |  |

**IT IS HEREBY** stipulated and agreed that this adversary proceeding is dismissed without prejudice and without attorneys' fees or costs against either party.

| | |
|---|---|
| **Law Offices of Lee M. Perlman, Esq.**<br>*Attorneys for Plaintiff*<br><br>/s/Michael R. Brower_____<br>By:    Michael R. Brower<br>          Staff Attorney<br><br>Dated: September 9, 2025 | **TODD W. BLANCHE**<br>**U.S. Deputy Attorney General**<br><br>**ALINA HABBA**<br>**Acting United States Attorney**<br>**Special Attorney**<br>*Attorneys for United States Department of Education*<br><br>/s/Eamonn O'Hagan_____<br>By:    Eamonn O'Hagan<br>          Assistant U.S. Attorney<br><br>Dated: September __8__, 2025 |

Page **1** of **1**